IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN ALLEN STRANGE,

   *Plaintiff*,

v.                                          Case No.: 4:22cv211-MW/MAF

RICKY DIXON, SEC'Y FLA.
DEP'T OF CORR., et al.,

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 20, is **accepted and adopted** as this Court's opinion. Plaintiff's motions for injunctive relief, ECF Nos. 14 and 19, are **DENIED**. This matter is referred to the Magistrate Judge for further proceedings.

**SO ORDERED** on September 8, 2022.

                                          s/Mark E. Walker
                                          **Chief United States District Judge**