IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN ALLEN STRANGE,

    *Plaintiff*,

v.                                    Case No.: 4:22cv211-MW/MAF

RICKY DIXON, SEC'Y FLA.
DEP'T OF CORR., et al.,

    *Defendants*.

_____/

ORDER GRANTING LEAVE TO FILE EXHIBITS AND
ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, Plaintiff's motion for leave to file exhibits in support of his written objections, ECF No. 46, the Magistrate Judge's Report and Recommendation. ECF No. 40, and Plaintiff's written objections, ECF No. 45. Plaintiff's motion to submit exhibits, ECF No. 46, is **GRANTED but such exhibits do not alter this Court's analysis**. Specially, the complaint remains an impermissible shotgun pleading and fails to state a claim. Having reviewed the report and recommendation and Plaintiff's objections and accompanying exhibits, *de novo*,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 40, is **accepted and adopted,** over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 23, is **DISMISSED** without prejudice as an impermissible shotgun pleading and for failure to state a claim against defendants." The Clerk shall close the file and note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED on November 9, 2022.**

                                    s/Mark E. Walker             
                                    **Chief United States District Judge**